```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
```

GREGORY S. HARRIS,              :
                                :   Civil Action No. 10-0791 (RBK)
          Plaintiff,            :
                                :
     v.                         :   **ORDER**
                                :
ANN MILGRAM, et al.,            :
                                :
          Defendants.           :

For the reasons expressed in the Opinion filed herewith,

IT IS on this __2nd__ day of __March__, 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that all claims against Attorney General Ann Milgram are DISMISSED WITH PREJUDICE; and it is further

ORDERED that all claims against the New Jersey State Parole Board are DISMISSED WITH PREJUDICE; and it is further

ORDERED that all claims against Defendant Betsy Phillips are DISMISSED WITH PREJUDICE; and it is further

ORDERED that Plaintiff's claim for false arrest is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff's claim for unlawful revocation of his parole is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff's Eighth Amendment claim for confinement beyond the end of his term of imprisonment MAY PROCEED as against Defendants Karen Billacki, Joyce Princiann, Peter J. Barnes, Jr., and Douglas D. Chiesa, Esq.; and it is further

ORDERED that, within 30 days after entry of this Order, Plaintiff may amend his Complaint to cure the deficiencies noted in the accompanying Opinion; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summons and the United States Marshal shall serve summons and copies of the Complaint, this Order, and the Opinion accompanying this Order upon Defendants Karen Billacki, Joyce Princiann, Peter J. Barnes, Jr., and Douglas D. Chiesa, Esq., with all costs of service advanced by the United States; and it is further

ORDERED that, pursuant to 42 U.S.C. § 1997e(g)(2), Defendants who are served shall file and serve a responsive pleading within the time specified by Fed.R.Civ.P. 12; and it is further

ORDERED that Plaintiff's request for appointment of counsel is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that, if at any time Plaintiff renews his request for the appointment of pro bono counsel, pursuant to Fed.R.Civ.P. 5(a) and (d), Plaintiff shall (1) serve a copy of the application

for Appointment of Pro Bono Counsel by regular mail upon each party at his last known address or, if the party is represented in this action by an attorney, upon the party's attorney and the attorney's address, and (2) file a Certificate of Service with the Application for Pro Bono Counsel.

                                                <u>s/Robert B. Kugler</u>
                                                Robert B. Kugler
                                                United States District Judge